UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANKIE CORTES,

                Plaintiff(s),

   -v-                                           No. 08 Civ. 4805 (LTS)

CITY OF NEW YORK,

                Defendant(s).
-----------------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

## ORDER

The Initial Pretrial Conference scheduled for June 8, 2009, is rescheduled for July 1, 2009, at 10:15 a.m.

in Courtroom 11C.

Dated: New York, New York
         May 22, 2009

                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge